UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| TERRY OWENS,<br><br>    Petitioner,<br><br> v.<br><br>JOHN MARSHALL, WARDEN,<br><br>    Respondent. | ) CV 08-871-DDP (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

  Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: February 11, 2009

                DEAN D. PREGERSON
                UNITED STATES DISTRICT JUDGE